FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1

| Case No.: | 08-15018 | | | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|---|---|
| Case Name: | MARSHALL, DANIEL J AND MARSHALL, REBECA C | | | Date Filed (f) or Converted (c): | 04/23/2008 (f) |
| For the Period Ending: | 03/31/2015 | | | §341(a) Meeting Date: | |
| | | | | Claims Bar Date: | 07/08/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  wrongful death suit, PC 10-4784 Rhode Island superior court (u) | $0.00 | $2,000,000.00 | | $0.00 | $2,000,000.00 |
| Asset Notes:  value is estimate based on demand from counsel | | | | | |
| 2  Homestead 810 NW 68th Ave | $247,000.00 | $247,000.00 | OA | $0.00 | FA |
| 3  cash | $40.00 | $40.00 | | $0.00 | FA |
| 4  Wash. Mutual Bank acct | $0.00 | $0.00 | | $0.00 | FA |
| 5  Wash Mutual Bank acct | $7.07 | $7.07 | | $0.00 | FA |
| 6  Coastway credit Union acct | $306.39 | $306.39 | | $0.00 | FA |
| 7  household goods | $925.00 | $925.00 | | $0.00 | FA |
| 8  Misc. Pictures | $10.00 | $10.00 | | $0.00 | FA |
| 9  wearing apparel | $75.00 | $75.00 | | $0.00 | FA |
| 10  jewelry | $330.00 | $330.00 | | $0.00 | FA |
| 11  camera | $50.00 | $50.00 | | $0.00 | FA |
| 12  2008 Toyota corolla | $11,875.00 | $11,875.00 | OA | $0.00 | FA |
| 13  2003 Toyota corolla | $6,350.00 | $6,350.00 | OA | $0.00 | FA |

TOTALS (Excluding unknown value)                                                                                    Gross Value of Remaining Asset

$266,968.46     $2,266,968.46           $0.00     $2,000,000.00

**Major Activities affecting case closing:**

| Case No.: | 08-15018 | | | Trustee Name: | Leslie S. Osborne |
| Case Name: | MARSHALL, DANIEL J AND MARSHALL, REBECA C | | | Date Filed (f) or Converted (c): | 04/23/2008 (f) |
| For the Period Ending: | 03/31/2015 | | | §341(a) Meeting Date: | |
| | | | | Claims Bar Date: | 07/08/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

04/04/2015   CBD: 7/8/14

Tax return: not probable

Case was originally closed by prior trustee as no asset on 1/10/14 prior Trustee filed motion to reopen ecf 34. Motion was granted in part on 2/7/14 ecf 40. New trustee appointed 2/27/14

Issue is wrongful death suit pending in superior court of Rhode Island, #PC 10-4784.
State court counsel believes the case may be tried by year end. Case closing depends on result, appeals and collections. Estimate is 1 year or more.

Trustee retained debtors state court counsel, Decof Decof and Barry, as special counsel to the estate, on 8/8/14, ecf 52.

It has been determined that only $7592 of creditors filed claims. Absent a change in circumstances, trustee anticipates on receiving enough funds to pay those creditors 100%, plus trustee fees based on that figure ( as opposed to including legal fees), and thus no tax return is likely.

| Initial Projected Date Of Final Report (TFR): | 04/01/2015 | Current Projected Date Of Final Report (TFR): | 04/01/2016 | /s/ LESLIE S. OSBORNE |
| | | | | LESLIE S. OSBORNE |